# United States Court of Appeals
## For the First Circuit

No. 17-1984

IN RE: STEVEN FUSTOLO,
Debtor.

STEVEN FUSTOLO,

Appellant,

v.

THE PATRIOT GROUP LLC,

Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on July 16, 2018, is amended as follows:

On page 27, line 9, "as early as the March 17, 2016" should be changed to "as early as March 17, 2016"